UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLINT GROUP NORTH AMERICA,

        Plaintiff,                        Case No.

v.                                          Hon.

COLORMASTERS, LLC,

        Defendant.

---

**McDonald Hopkins PLC**
John E. Benko (P58874)
Michael G. Latiff (P51263)
David W. Schelberg (P76492)
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 646-5070
jbenko@mcdonaldhopkins.com
mlatiff@mcdonaldhopkins.com
dschelberg@mcdonaldhopkins.com
*Attorneys for Plaintiff*

---

## COMPLAINT

Plaintiff, FLINT GROUP NORTH AMERICA ("Flint Group"), through its attorneys, McDonald Hopkins PLC, for its Complaint against Defendant COLORMASTERS, LLC ("Colormasters") states as follows:

{6616198:2}                                      1

## PARTIES, VENUE, AND JURISDICTION

1. Flint Group is a Michigan corporation, having its principal place of business in Flint, Michigan, and is therefore, a citizen of Michigan for purposes of diversity jurisdiction.

2. Colormasters is an Alabama limited liability company organized and existing under the laws of the State of Alabama, with its principal place of business located at 632 Smith Road, Albertville, AL 35950.

3. Jurisdiction is proper in this Court pursuant to U.S.C. §1332 because there is complete diversity between the parties and Flint Group seeks damages in excess of $75,000.00, exclusive of interest and costs.

4. Venue is proper in this District pursuant to 28 U.S.C. §1391 because a substantial part of the events or omissions giving rise to the claims in this matter occurred in Michigan. Moreover, Colormasters regularly does business in the State of Michigan by routinely shipping products to and receiving materials from Michigan companies. The products shipped and/or received by Colormasters are put into the stream of commerce and sold in numerous states, including Michigan. Based upon this ongoing and regular conduct of doing business in Michigan, Colormasters derives substantial revenue from Michigan.

5. Colormasters is subject to the personal jurisdiction of this Court pursuant to federal due process standards in Michigan long arm statutes because it

transacts business within the state of Michigan and regularly does or solicits business, engages in other persistent courses of conduct, or derives substantial revenues from goods used or services rendered in Michigan. Further, Colormasters has sent significant communications to Flint Group, in Michigan regarding the products it purchases from Flint Group.

## FACTUAL BACKGROUND

6. Colormasters and Flint Group entered into numerous purchase orders for the sale of ink products to Colormasters.

7. Colormasters has failed to pay Flint Group for products it has already received.

8. There is currently due and owing from Colormasters to Flint Group for ink products sold to Colormasters by Flint Group the total sum of $3,045,000.00.

9. Flint Group has been advised by Colormasters that Colormasters does not intend to pay the amount due and owing to Flint Group, and further that it intends to cease the purchase of ink products from Flint Group in the very near term.

10. Colormasters is in breach of contract as $3,045,000.00 are already past due and that amount will be increasing in the coming weeks.

11. Colormasters has failed to provide any legitimate basis for not paying the amounts due and owing Flint Group.

12. A copy of Flint Group's account due and owing from Colormasters for ink supplied by both Flint Group and AIC is attached as **Exhibit A**.

## COUNT I
## BREACH OF CONTRACT

13. Flint Group incorporates by reference and realleges Paragraphs 1 through 12 as though fully set forth herein.

14. Flint Group properly and completely performed and satisfied all conditions, promises and obligations required to be performed or satisfied regarding the ink products supplied pursuant to the Agreement.

15. Colormasters has failed to make timely payment to Flint Group for the ink products supplied pursuant to the Agreement in accordance with the terms of the Agreement.

16. Colormasters' acceptance of the ink products but refusal to pay for them constitutes a breach of contract with Flint Group.

17. As a direct and proximate result of Colormasters' breach of contract, Flint Group has suffered damages in excess of $3,000,000.00 to date, plus interest and attorneys' fees.

## COUNT II
## UNJUST ENRICHMENT

18. Flint Group incorporates by reference and realleges paragraphs 1 through 17 as though fully set forth herein.

19. Colormasters received a benefit by acceptance of the ink product.

20. Colormasters has not paid either Flint Group or AIC for the ink product received.

21. Colormasters has been unjustly enriched by its acceptance and possession of the ink products without a commensurate benefit to Flint Group in return.

22. Colormasters has been unjustly enriched in an amount in excess of $3,000,000.00, plus interest and attorneys' fees.

## COUNT III
## ACCOUNT STATED

23. Flint Group incorporates by reference and realleges paragraphs 1 through 22 as though fully set forth herein.

24. Flint Group and Colormasters did business together on credit.

25. Flint Group sent statements of its account with Colormasters to Colormasters and Colormasters received and retained the statements without objecting to them within a reasonable time.

26. Colormasters has not paid the balance on the account despite Flint Group's demand for payment.

27. Colormasters is indebted to Flint Group in the amount of $3,045,532.00.

28. If Colormasters does not pay for product shipped but for which amounts are not currently due pursuant to the terms of the Agreement, this amount will increase.

29. An Affidavit verifying the balances due on the account and including a copy of the account is attached as **Exhibit B**.

WHEREFORE, Flint Group respectfully requests that the Court enter an Order awarding Flint Group in excess of $3,000,000.00, plus applicable interest and attorneys' fees, and providing Flint Group with such other and further relief as the Court deems appropriate.

## JURY DEMAND

Plaintiff demands a jury trial with respect to the issues herein.

Respectfully submitted,

**McDonald Hopkins PLC**

By: /s/Michael G. Latiff
John E. Benko (P58874)
Michael G. Latiff (P51263)
David W. Schelberg (P76492)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304

                                                (248) 646-5070
                                                jbenko@mcdonaldhopkins.com
                                                mlatiff@mcdonaldhopkins.com
                                                dschelberg@mcdonaldhopkins.com
                                                ***Attorneys for Plaintiff***

Dated: April 6, 2017