UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLINT GROUP NORTH AMERICA,

       Plaintiff,                             Case No.

v.                                         Hon.

COLORMASTERS, LLC,

       Defendant.

---

**McDonald Hopkins PLC**
John E. Benko (P58874)
Michael G. Latiff (P51263)
David W. Schelberg (P76492)
39533 Woodward Ave., Ste. 318
Bloomfield Hills, MI 48304
(248) 646-5070
jbenko@mcdonaldhopkins.com
mlatiff@mcdonaldhopkins.com
dschelberg@mcdonaldhopkins.com
*Attorneys for Plaintiff*

---

## INDEX OF EXHIBITS

**EXHIBIT A:**          Flint Group's Account Due and Owing from Colormasters

**EXHIBIT B:**          Affidavit of Scott Stoy