UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FLINT GROUP NORTH AMERICA,

    Plaintiff,

v.

COLORMASTERS, LLC,

    Defendant.
_____/

Case No. 2:17-cv-11091
Hon. Robert H. Cleland
Magistrate Judge R. Steven Whalen

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Flint Group North America voluntarily dismisses this action without prejudice.

Respectfully submitted,

**MCDONALD HOPKINS PLC**

By: /s/Michael G. Latiff
John E. Benko (P58874)
Michael G. Latiff (P51263)
David W. Schelberg (P76492)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
jbenko@mcdonaldhopkins.com
mlatiff@mcdonaldhopkins.com
dschelberg@mcdonaldhopkins.com

Dated: April 14, 2017

{6709667:}

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF System which will send notification to counsel of record.

Respectfully submitted,

**MCDONALD HOPKINS PLC**

By:   /s/Michael G. Latiff
     John E. Benko (P58874)
     Michael G. Latiff (P51263)
     David W. Schelberg (P76492)
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
(248) 646-5070
jbenko@mcdonaldhopkins.com
mlatiff@mcdonaldhopkins.com
dschelberg@mcdonaldhopkins.com

Dated: April 14, 2017

{6709667:}